UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS REESE PITTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEORGE ALBERT PITTS,<br><br>　　　　Defendant. | No.  2:20-cv-01037-TLN-EFB<br><br>**ORDER** |

　　　　Plaintiff Carlos Reese Pitts ("Plaintiff"), an individual proceeding *pro se*, has filed this action seeking relief for breach of contract.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

　　　　On August 10, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

　　　　The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///

///

///

///

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 10, 2020, are ADOPTED IN FULL; and

2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the July 6, 2020 order.  (ECF No. 5.)

DATED:  August 30, 2020

Troy L. Nunley
United States District Judge